# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSHINE ESPARZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID'S BRIDAL, LLC, a Florida limited liability company; DAVID'S BRIDAL, INC., a surrendered Florida corporation; LAURA ZOOK, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 21-8147-DMG (PVCx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II) [28]** |

Pursuant to the stipulation between Plaintiff SUNSHINE ESPARZA ("Plaintiff") and Defendant DAVID'S BRIDAL, LLC. ("Defendant") and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is hereby DISMISSED WITH PREJUDICE in its entirety.  Each party shall bear its own attorney's fees and costs except as specified in the parties' settlement agreement.

IT IS SO ORDERED.

DATED:  February 13, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE